IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MARSHALL JOHN DISNEY,         :
         :
        Plaintiff         :
         :
         :
        VS.         :     **1 : 06-CV-26 (WLS)**
         :
GEORGIA DEP'T. OF CORRECTIONS,   :
et al.,         :
         :
         :
        Defendants.         :

---

## RECOMMENDATION

Presently pending herein is the plaintiff's Motion to Dismiss defendants the Georgia

Department of Corrections and Lee State Prison.  Upon consideration and review of this matter,

it is the recommendation of the undersigned that this motion be **GRANTED**.  Pursuant to 28

U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the

Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt

thereof.

**SO RECOMMENDED**, this 16th day of July, 2007.


                    */s/  Richard L. Hodge*
                    RICHARD L. HODGE
                    UNITED STATES MAGISTRATE JUDGE


asb