IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MARSHALL JOHN DISNEY,  :
    Plaintiff,  :
v.  : 1:06-CV-26 (WLS)
GEORGIA DEP'T. OF CORRECTIONS, :
et al.,  :
    Defendants.  :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed on July 16, 2007. (Doc. 44). It is recommended that Plaintiff's Motion to Dismiss Defendants the Georgia Department of Corrections and Lee State Prison be granted. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 44) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion to Dismiss Defendants the Georgia Department of Corrections and Lee State Prison (Doc. 37) is **GRANTED**.

**SO ORDERED**, this __5th__ day of September, 2007.

                                 /s/W. Louis Sands
                                 **THE HONORABLE W. LOUIS SANDS,
                                 UNITED STATES DISTRICT COURT**

1